UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIMOTHY ASKEW,<br><br>                Plaintiff,<br>vs.<br><br>SHERIFF MIKE DEATRICK, et al.,<br><br>                Defendants. | )<br>)<br>)<br>)   No. 4:06-cv-078-SEB-WGH<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 04/09/2008

                                                               SARAH EVANS BARKER, JUDGE
                                                               United States District Court
                                                                Southern District of Indiana

Distribution:

Dustin L. Howard
KIGHTLINGER & GRAY, LLP
dhoward@k-glaw.com

Robert Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
jlowe@k-glaw.com

Timothy Askew
DOC #164515
Branchville Training Center
P. O. Box 500
Tell City, IN 47586